United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Craig Ivan Gilbert, Petitioner | ) |
| | ) |
| v. | ) Civil Action No. 17-62084-Civ-Scola |
| | ) |
| Michael Carroll and others, Respondents. | ) |

**<u>Order Adopting Magistrate Judge's Report And Recommendation</u>**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On December 19, 2017, Judge White issued a report, recommending that Petitioner Craig Ivan Gilbert's petition for a writ a habeas corpus be dismissed as moot. (Report of Magistrate, ECF No. 16.) Gilbert has not filed any objections to the report and the time to do so has passed.

The Court has considered—*de novo*—Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report cogent and compelling. The Court thus **affirms and adopts** Judge White's report and recommendation (ECF No. 16). The Court **denies** the petition for writ of habeas corpus (ECF No. 1), agreeing with Judge White that Gilbert's recent stipulation, in Broward County Circuit Court, that he meets the criteria for involuntary treatment under Florida law renders the proceeding before this Court moot.

The Court directs the Clerk to **close** this case. The Court does not issue a certificate of appealability.

**Done and ordered** at Miami, Florida, on January 22, 2018.

_____
Robert N. Scola, Jr.
United States District Judge